IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MICHAEL SAXON, Individually and As Administrator of the Estate of Jerry Saxon and JEAN SAXON, | : |
| Defendants. | : |
| | : NO.:  06-2178 |

## ORDER

AND NOW, this 27th day of July, 2006, upon consideration of interpleader plaintiff Metropolitan Life Insurance Company's ("MetLife") Request for leave to deposit insurance proceeds in connection with the above case into the Registry of the Court,

IT IS HEREBY ORDERED that plaintiff MetLife's Request is GRANTED.

IT IS FURTHER ORDERED that plaintiff MetLife is to deposit $104,000, plus any applicable interest, less its attorneys' fees and costs in the amount of $1,750.00, herein ordered, as the full amount of the Plan benefits payable under the Dunmore Corporation Group Life, Accidental Death and Dismemberment Insurance employee welfare benefit plan as a consequence of the death of Jerry Saxon, deceased, into the Registry of the Court, within fifteen (15) business days of the date of this Order;

AND IT IS FURTHER ORDERED that upon plaintiff MetLife's deposit of the Plan benefits of $104,000, plus any applicable interest, less MetLife's attorneys' fees and costs in the amount of $1,750.00, into the Registry of the Court, MetLife is hereby dismissed with prejudice from this action, and the Dunmore Corporation and the Plan are

discharged from all further liability under the Plan resulting from the death of Jerry Saxon;

AND IT IS FURTHER ORDERED that Defendants are hereby restrained and enjoined from instituting or prosecuting any other proceeding against MetLife, Dunmore Corporation or the Plan in any State or United States Court with respect to the Plan benefits;

AND IT IS FURTHER ORDERED that MetLife is directed to deduct $1,750.00, which amount represents MetLife's reasonable attorneys' fees and costs incurred in the commencement of this interpleader action, from the Plan benefits.

BY THE COURT:

**Berle M. Schiller, J.**